UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN CHAIDEZ-ALVAREZ,<br><br>   Petitioner,<br><br>   v.<br><br>PAUL THOMPSON, Warden,<br><br>   Respondent. | No.  2:21-cv-01240-TLN-EFB<br><br>**ORDER** |

Petitioner, a federal prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 30, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 9.)  Neither party has filed objections to the findings and recommendations.[1]

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

---

[1] Although it appears from the file that Petitioner's copy of the findings and recommendations was returned, Petitioner was properly served. It is Petitioner's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 30, 2022 (ECF No. 9) are ADOPTED in full.

2. The Petition for Relief under 28 U.S.C. § 2241 is DISMISSED because Petitioner's claim for application of good time credits under the FSA is unripe and his claims regarding release to home confinement or as an elderly offender are not reviewable by the Court.

3. Within 30 days from the date of this Order, Petitioner may file an amended petition demonstrating that his claim is ripe for review. Failure to do so will result in an order closing this case.

**DATED: August 15, 2022**

Troy L. Nunley
United States District Judge