UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROMAN CHAIDEZ-ALVAREZ,

Petitioner,

v.

PAUL THOMPSON,

Defendant.

No. 2:21-cv-01240-TLN-EFB

**ORDER**

On June 30, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 9.) No objections were filed.[1] The Court adopted the findings and recommendations in full on August 16, 2022, allowing Petitioner 30 days in which to file an amended petition demonstrating that his petition is ripe for review. (ECF No. 10.) Petitioner did not submit an amended petition, and the time for doing so has passed.[2]

---

[1]   Although it appears from the docket that Petitioner's copy of the findings and recommendations was returned, Petitioner was properly served. It is Petitioner's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

[2]   Again, the docket indicates that Petitioner's copy of the Court's Order was returned. Petitioner has not informed the Court of a change of address.

Accordingly, IT IS HEREBY ORDERED that:

1. The Petition for writ of habeas corpus is DISMISSED without prejudice; and

2. The Clerk of Court is directed to close the case.

**DATED: September 27, 2022**

Troy L. Nunley
United States District Judge

2